MULFORD et al., Appellants, v. GIBBS, Respondent. (Supreme Court, Appellate Division, First Department. January 15, 1897.) Action by Charles Mulford and others against David N. Gibbs. Robert Godson, for appellants. Charles J. Hardy, for respondent.

PER CURIAM. On the former appeal from an order denying a motion to punish this judgment debtor for contempt, this court reversed such order, and in the opinion it was stated that the motion was granted. 9 App. Div. 490, 41 N. Y. Supp. 273. The order of the court sending back the matter to the special term adopted this course for the purpose of carrying into effect the decision, namely, to grant the motion to punish the defendant for contempt, and not to deny such motion. The order that was entered at special term denying the application must have been from a misapprehension on the part of the learned court as to the effect of our decision. The question presented below was the same that was before us on the former appeal, and the court below should have granted the motion, adjudged the defendant debtor in contempt, and imposed a fine sufficient to compensate the plaintiff for the injury sustained through the violation by the judgment debtor of the injunction order. The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion to punish the judgment debtor for contempt is granted, with $10 costs; the amount of the fine to be imposed to be fixed upon the settlement of the order.

MULLEN, Respondent, v. VILLAGE OF GLENS FALLS, Appellant. (Supreme Court, Appellate Division, Third Department. January 12, 1897.) Action by Thomas Mullen against the village of Glens Falls. No opinion. Motion for leave to go to the court of appeals denied. See 42 N. Y. Supp. 113.

In re MUNGER et al. (Supreme Court, Appellate Division, Second Department. December 30, 1896.) In the matter of the application of George W. Munger and another to lay out a highway in the towns of Wappinger and Fish-

kill, and to assess the damages therefor. No opinion. Order resettled and signed. See 41 N. Y. Supp. 882.

NATIONAL LIFE INS. CO., Appellant, v. WALSH, Respondent. (Supreme Court, Appellate Division, First Department. December 22, 1896.) Action by the National Life Insurance Company against Elizabeth Walsh. F. R. Coudert, Jr., for appellant. C. D. Rust, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NEWCOMBE, Respondent, v. EAGLETON, Appellant. (City Court of New York, General Term. December 12, 1896.) Action by Ida M. Newcombe against Thomas Eagleton. Foley & Early, for appellant. Booraem, Hamilton & Beckett, for respondent. No opinion. Judgment and order affirmed, with costs. See 38 N. Y. Supp. 424.

NEW YORK CITY BAPTIST MISSION SOC. v. TABERNACLE BAPTIST CHURCH. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Action by the New York City Baptist Mission Society against the Tabernacle Baptist Church. No opinion. Motion denied. See 41 N. Y. Supp. 976.

NORFOLK & N. B. HOSIERY CO., Respondent, v. ARNOLD, Appellant. (Supreme Court, Appellate Division, Second Department. December 22, 1896.) Action by the Norfolk & New Brunswick Hosiery Company against Anna M. Arnold. No opinion. Order modified by striking out the allowance for costs, and, as so modified, affirmed, without costs of appeal.

OSTROM, Appellant, v. STANDARD FASHION CO., Respondent. (Supreme Court, Appellate Division, First Department. December 22, 1896.) Action by Mary S. Ostrom against the Standard Fashion Company. Isaac S. Catlin, for appellant. C. D. Ridgway, for respondent. No opinion. Judgment affirmed, with costs.

PADOVANI v. SMITH et al. (Supreme Court, Appellate Division, First Department. December 22, 1896.) Action by Raffaele Padovani against Tillie E. Smith and others. Lyman L. Settel, for appellant. John L. Shirley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PARSONS, Respondent, v. PAYNE et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1897.) Action by Fred W. Parsons against Benjamin N. Payne and others. No opinion. Order appealed from affirmed, with $10 costs and disbursements.